No. 1488. MARCELLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1496. DISTRICT 30, UNITED MINE WORKERS OF AMERICA, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 1497. SCHMIDT ET AL. *v.* ARCHER IRON WORKS, INC. Sup. Ct. Ill. Certiorari denied.

No. 1504. COWDEN MANUFACTURING CO. *v.* KORATRON CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 1505. OCEAN FREIGHTING & BROKERAGE CORP. *v.* STATES MARINE LINES, INC. C. A. 3d Cir. Certiorari denied.

No. 1509. ESKOW *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1514. SABINO *v.* SUPERIOR COURT OF LOS ANGELES COUNTY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1515. CITY OF WARREN ET AL. *v.* METRO HOMES, INC., ET AL. Ct. App. Mich. Certiorari denied.

No. 1520. HORTON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 1524. WILLIAMS *v.* WILLIAMS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1525. HENRY I. SIEGEL CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.